# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 23-3150**  **September Term, 2023**

1:21-cr-00116-DLF-1

Filed On: December 5, 2023 [2030029]

United States of America,

    Appellee

  v.

William McCall Calhoun, Jr.,

    Appellant

## O R D E R

By order filed September 13, 2023, appellant was directed to make certain submissions to the court by September 28, 2023. To date, the required submissions have not been received from appellant. Upon consideration of the foregoing, it is

**ORDERED**, on the court's own motion, that appellant show cause by January 4, 2024, why this case should not be dismissed for lack of prosecution. The response to the order to show cause may not exceed the length limitations established by Fed. R. App. P. 27(d)(2) (5,200 words if produced using a computer; 20 pages if handwritten or typewritten). Failure by appellant to respond to this order may result in dismissal of the case for lack of prosecution. See D.C. Cir. Rule 38.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
      Laura M. Morgan
      Deputy Clerk