UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

CASE No. 23-3150
_____

UNITED STATES OF AMERICA
Appellee,

v.

WILLIAM MCCALL CALHOUN, JR.,
Appellant.

_____

APPELLANT'S RESPONSE TO ORDER TO SHOW CAUSE

CUSTODY STATUS: DETAINED
_____

Jessica N. Sherman-Stoltz, Esq.
Sherman-Stoltz Law Group, PLLC
P.O. Box 69, Gum Spring, Virginia 23065
Office: (540) 451-7451 / Fax: (540) 572-4272
Email: jessica@sslg.law
*Attorney for Appellant*

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    *Appellee,* )<br>  )<br>v.   )<br>  )<br>CALHOUN, William McCall, Jr., )<br>    *Appellant.* ) | Case No.: 23-3150 |

### APPELLANT'S RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, Appellant, William McCall Calhoun, Jr., by and through undersigned counsel of record, and respectfully responds to this Court's Show Cause Order date December 5, 2023 (Document Number 2030029). Undersigned counsel immediately apologizes for the delay in filing the initial submissions associated with this case.

This Court's Clerk's Order, dated September 13, 2023, ordered that the appellant submit certain documents by September 28, 2023. Undersigned counsel represented the appellant in his district court proceedings, which had been ongoing for over two and a half years by the time the appellant was sentenced in August of 2023. Appellant retained undersigned counsel to provide further representation in his appellate proceedings. Undersigned counsel was not previously admitted to the United States Court of Appeals for the District of Columbia, so once the appeal was noted,

the application for admittance process was begun.

In the days leading up to September 28, 2023, undersigned counsel still had not received her certificate of good standing from the Virginia State Bar. Undersigned counsel called the Clerk's Office to explain, and also to verify that she was not allowed to file anything to this Court until she had been admitted. The certificate of good standing was not received until October 16, 2023. Undersigned counsel then presented the completed application with the certificate of good standing to her to two sponsor's for their review and signing, and then filed the completed application on October 20, 2023.

Undersigned counsel was contacted on October 26, 2023 by a deputy clerk of this Court, and advised that the certificate of good standing from the Virginia State Bar was not acceptable, and it needed to be a certificate from the highest Court that she was admitted to. Since there is not a separate admissions process for the Virginia State Bar, undersigned counsel had previously been advised that if she was in good standing with the Virginia State Bar, then she was admitted to practice in the Supreme Court of Virginia, which is why she first obtained the Virginia State Bar certificate of good standing. Undersigned counsel called the Supreme Court of Virginia and spoke with a clerk and asked how to obtain a certificate of good standing. The first person she spoke with directed her to the Virginia State Bar, eventually, she was told that she could write a letter of request, and send it to the clerk's office of the Supreme Court of

Virginia, along with a check for payment, and they would mail her a certificate once received. That letter of request and check was mailed on October 27, 2023. The process to request this from the Supreme Court of Virginia is strictly by mail, there is no online request, nor online payment system to pay for the requested certificate.

Undersigned counsel received the certificate of good standing from the Supreme Court of Virginia on November 10, 2023. She immediately obtained a new sponsor's signature and submitted her amended/corrected application for admission. On November 27, 2023, undersigned counsel received an email from a deputy clerk of this Court that her application had been processed on November 15, 2023 and that she needed to file the initial admissions as soon as possible. Undersigned counsel was in a weeklong trial the week of November 27th, and didn't see/reply to that email until November 29th. She also received in the mail the admission certificate from this Court on November 27th. Undersigned counsel went straight from that weeklong trial to another week of back-to-back multi-day trials. Undersigned counsel had also just completed an excruciating court appointed murder case involving the murder of a three-year-old child, wherein she represented the alleged murderer. Also, to add further difficulty, undersigned counsel's legal assistant had resigned at the end of October, leaving her with no support staff that had knowledge of the case at hand and the appellate process and requirements, and appellant had turned himself in to FCI Jesup FSL in October, and wasn't reachable for several weeks.

4   William McCall Calhoun, Jr., 23-3150

To file the initial submissions, undersigned counsel needed to assess all the transcripts that had been received, or not yet received. Since the appellant's case had gone on for over two and a half years, there were twenty-two different court dates that needed transcripts prepared. Some transcripts had been received, some had not, and a few had not yet been requested. This seems like a simple task, but due to undersigned counsel's heavy trial schedule and other case related deadlines on and after November 27, 2023, it took her until the holidays, when the Courts were closed, to have the time few hours that it took to complete the Transcript Status Report, request the missing transcripts, and get status updates on the ones requested but not yet received.

Undersigned counsel humbly apologizes to this honorable Court for all the various delays associated with this appellate case and the initial submissions. She had no idea that just getting a certificate of good standing from the Virginia Supreme Court would take so long, and that the final approval of her application to this Court would be completed right in the midst of four to six weeks of constant trials and court appearances. At this time, everything requested has been completed and is ready for filing with this Court. All transcripts have been requested and the ones that haven't been received should be completed within this month.

Undersigned counsel respectfully requests this Court accept her response to the December 5, 2023 Show Cause Order, along with the concurrently filed Motion for Leave to Late File, and initial Submissions. Undersigned counsel will ensure timely

communication and filings with this Court moving forward.

Dated: January 1, 2024.

>Respectfully submitted,
>
>/s/ Jessica N. Sherman-Stoltz
>Jessica N. Sherman-Stoltz, Esq.
>Sherman-Stoltz Law Group, PLLC.
>P.O. Box 69, Gum Spring, Virginia 23065
>Office: (540) 451-7451 / Fax: (540) 572-4272
>Email: jessica@sslg.law
>*Attorney for Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing *APPELLANT'S RESPONSE TO ORDER TO SHOW CAUSE* with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit through the CM/ECF system. I certify that all participants in the case at hand are registered CM/ECF users and that service is accomplished by filing through the CM/ECF system.

Dated: January 1, 2024.

>Respectfully,
>
>/s/Jessica N. Sherman-Stoltz
>Jessica N. Sherman-Stoltz, Esq.
>Sherman-Stoltz Law Group, PLLC.
>VSB #90172