# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 23-3150** | **September Term, 2023** |
| | 1:21-cr-00116-DLF-1 |
| | **Filed On: January 12, 2024** |

United States of America,

      Appellee

  v.

William McCall Calhoun, Jr.,

      Appellant

### **O R D E R**

Upon consideration of the order to show cause filed on December 5, 2023, the response thereto, and appellant's unopposed motion for leave to late file initial submissions, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the motion for leave to late file initial submissions be granted. The Clerk is directed to file the initial submissions attached to appellant's motion.

                                              **FOR THE COURT:**
                                              Mark J. Langer, Clerk

                                  BY:   /s/
                                                Laura M. Morgan
                                                Deputy Clerk