# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-3150**               **September Term, 2023**

1:21-cr-00116-DLF-1

Filed On: March 27, 2024 [2046997]

United States of America,

    Appellee

v.

William McCall Calhoun, Jr.,

    Appellant

## O R D E R

Upon consideration of appellant's unopposed motion to suspend briefing schedule and hold case in abeyance, it is

**ORDERED** that the motion be granted, and this case is hereby held in abeyance pending further order of the court.

The parties are directed to file motions to govern future proceedings in this case within 14 days of the Supreme Court's disposition of <u>Fischer v. United States</u>, No. 23-5572 (cert. granted Dec. 13, 2023).

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Louis Karl Fisher
Deputy Clerk