UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————————

No. 23-3150

———————————

UNITED STATES OF AMERICA,                                        Appellee,

v.

WILLIAM MCCALL CALHOUN, JR.,                          Appellant.

## JOINT MOTION TO CONTINUE ABEYANCE

Appellee, the United States of America, and appellant, William M. Calhoun, Jr., jointly move to continue the abeyance of this appeal for an additional 30 days, to August 28, 2024. This appeal arises from Calhoun's conviction under 18 U.S.C. § 1512(c)(2), based on his participation in the January 6, 2021, events at the United States Capitol. On March 27, 2024, before any briefs had been filed, the Court held this case in abeyance pending the Supreme Court's disposition of *Fischer v. United States*, No. 23-5572, which addressed the scope of Section 1512(c)(2). The parties were ordered to file motions to govern future proceedings within 30 days of the *Fischer* decision.

On June 28, 2024, the Supreme Court decided *Fischer*, holding that Section 1512(c)(2) requires proof that the defendant impaired or attempted to impair "the availability or integrity for use in an official proceeding of records, documents, or objects" or "other things used in the proceeding." *Fischer v. United States*, 144 S. Ct. 2176, 2190 (2024). The government is awaiting guidance from the Solicitor General on how to proceed in cases involving a Section 1512(c)(2) charge. It would be premature to take any action in this appeal until the government is able to determine its position.

WHEREFORE, the parties jointly request that the abeyance status be extended by 30 days, to August 28, 2024.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

CHRISELLEN R. KOLB
Assistant United States Attorney

_____/s/_____
PETER F. ANDREWS
PA Bar #329843
Assistant United States Attorney
601 D Street, N.W., Room 6.232
Washington, D.C. 20530
Peter.Andrews@usdoj.gov
(202) 252-6829

2

/s/
JESSICA N. SHERMAN-STOLTZ
Sherman Stoltz Law Group, PLLC
PO Box 69
Gum Spring, VA 23065
jessica@sslg.law
(540) 255-4365

Dated: July 26, 2024

## CERTIFICATE OF COMPLIANCE WITH RULE 27(d)

I HEREBY CERTIFY pursuant to Fed. R. App. P. 32(g) that this motion contains 228 words, and therefore complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A). This motion has been prepared in 14-point Century Schoolbook, a proportionally spaced typeface.

/s/
_____
PETER F. ANDREWS
Assistant United States Attorney
