# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-3150**                                               **September Term, 2023**

1:21-cr-00116-DLF-1

**Filed On: July 29, 2024** [2066945]

United States of America,

      Appellee

  v.

William McCall Calhoun, Jr.,

      Appellant

## O R D E R

Upon consideration of the joint motion to continue abeyance, it is

**ORDERED** that this case remain in abeyance pending further order of the court. The parties are directed to file motions to govern further proceedings in this case by August 28, 2024.

                                                              **FOR THE COURT:**
                                                              Mark J. Langer, Clerk

                                              BY:    /s/
                                                           Louis Karl Fisher
                                                           Deputy Clerk