# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 23-3150**　　　　　　　　　　　　　　　　　　**September Term, 2024**

1:21-cr-00116-DLF-1

Filed On: September 6, 2024 [2073543]

United States of America,

      Appellee

  v.

William McCall Calhoun, Jr.,

      Appellant

## O R D E R

Upon consideration of the joint motion to continue abeyance, it is

**ORDERED** that this case remain in abeyance pending further order of the court. The parties are directed to file motions to govern further proceedings in this case by September 27, 2024.

                                       **FOR THE COURT:**
                                       Mark J. Langer, Clerk

                         BY:   /s/
                                James A. Kaiser
                                Deputy Clerk