UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

───────────────────

No. 23-3150

───────────────────

UNITED STATES OF AMERICA,                               Appellee,

    v.

WILLIAM MCCALL CALHOUN, JR.,                            Appellant.

**JOINT MOTION TO GOVERN FUTURE PROCEEDINGS**

Pursuant to this Court's Order filed on September 6, 2024, appellee, the United States of America, and appellant William M. Calhoun, Jr., jointly submit the following motion to govern future proceedings in this appeal. The parties respectfully request that the Court vacate appellant's conviction under 18 U.S.C. §§ 1512(c)(2) and 2—leaving his other counts of conviction intact—and remand the case for further proceedings. In support of this motion, the parties state as follows:

1.    Following a bench trial, appellant was convicted on five counts for his conduct at the United States Capitol on January 6, 2021: (1) Obstruction of an Official Proceeding and Aiding and Abetting, in

violation of 18 U.S.C. §§ 1512(c)(2) and 2; (2) Entering and Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1); (3) Disorderly and Disruptive Conduct in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(2); (4) Disorderly Conduct in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(D); and (5) Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G).

2. On March 27, 2024, before any briefs had been filed, the Court held this case in abeyance pending the Supreme Court's disposition of *Fischer v. United States*, No. 23-5572, which addressed the scope of Section 1512(c)(2). The parties were ordered to file motions to govern future proceedings within 14 days of the *Fischer* decision.

3. On June 28, 2024, the Supreme Court decided *Fischer*. On July 29, 2024, this Court granted the parties' joint motion to extend the abeyance in this case to August 28, 2024. On September 6, 2024, this Court extended the abeyance by an additional 30 days, to September 27, 2024.

4. Given the Supreme Court's decision in *Fischer*, the parties now respectfully move to vacate appellant's conviction under 18 U.S.C.

§§ 1512(c)(2) and 2—leaving the remaining convictions intact—and remand this case for further proceedings.

## CONCLUSION

WHEREFORE, appellee, the United States of America, and William M. Calhoun, Jr. respectfully request that the instant motion be granted.

Respectfully submitted,

| | |
|---|---|
| _____/s/_____<br>JESSICA N. SHERMAN-STOLTZ<br>Sherman Stoltz Law Group, PLLC<br>PO Box 69<br>Gum Spring, VA 23065<br>jessica@sslg.law<br>(540) 255-4365<br>*Counsel for Appellant* | MATTHEW M. GRAVES<br>United States Attorney<br><br>CHRISELLEN R. KOLB<br>Assistant United States Attorney<br><br>_____/s/_____<br>MARY C. FLEMING<br>D.C. Bar # 1048019<br>Assistant United States Attorney<br>601 D Street, NW, Room 6.232<br>Washington, D.C. 20530<br>Mary.Fleming@usdoj.gov<br>(202) 252-6829 |

### CERTIFICATE OF COMPLIANCE WITH RULE 27(d)

I HEREBY CERTIFY pursuant to Fed. R. App. P. 32(g) that this motion contains 345 words, and therefore complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A). This motion has been prepared in 14-point Century Schoolbook, a proportionally spaced typeface.

/s/
MARY C. FLEMING
Assistant United States Attorney

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused a copy of the foregoing motion to be served by electronic means, through the Court's CM/ECF system, upon counsel for appellant, Jessica N. Sherman-Stoltz, Esq., on this 25th day of September, 2024.

/s/
MARY C. FLEMING
Assistant United States Attorney